**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
DOUGLAS MITCHELL HILLEBRANDT,

                Petitioner,

   -against-                                22 **CIVIL** 9702 (ER)

                                            **JUDGMENT**

NYLIFE SECURITIES LLC,

                Respondent.
------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated April 4, 2023, the petition is granted and the Arbitration Award is confirmed. FINRA is hereby directed to execute the arbitrator's expungement directive. Judgment is entered in favor of Hillebrandt; accordingly, the case is closed.

**Dated:**  New York, New York

      April 3, 2023

                                                                    **RUBY J. KRAJICK**

                                                                        **Clerk of Court**

                                     **BY:**     *K. Mango*

                                                                        **Deputy Clerk**